# Exhibit E

Exhibit E-1

FILED
2/16/2021 4:35 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Stephanie Clark DEPUTY

NO. DC-21-02065
_____

| | | |
|---|---|---|
| JACQUELINE FRANKLIN, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | DALLAS COUNTY, TEXAS |
| | § | |
| AS AMERICA, INC. | § | |
| d/b/a AMERICAN STANDARD, | § | 68th |
| | § | |
| *Defendant.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

The plaintiff, Jacqueline Franklin ("Plaintiff" or "Franklin"), complains of AS America, Inc. d/b/a American Standard. ("Defendant" or "American Standard"), as follows:

1. Discovery in this action is intended to be conducted under Level 2 pursuant to TEX. CIV. P. 190.

2. Franklin is a natural person and a resident of Dallas County, Texas.

3. American Standard is a manufacturer of plumbing fixtures. American Standard is a foreign corporation, operating at 902 W Carrier Parkway, Grand Prairie, Texas 75050, and this action accrued in whole or in part at that place of business.

4. American Standard may be served with process by serving its registered agent: Corporation Trust Company, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

5. At all times material to this action, Franklin was employed by Ranstad USA, a recruitment and staffing company, and she was placed to work at the business of American Standard.

6. Venue is proper in this district because this action accrued in whole or in part at American Standard's place of business in Dallas County, Texas, where Franklin was subjected to unlawful employment practices. This is a proceeding for legal and equitable relief, and

compensatory and punitive damages, to secure the rights of Franklin under the laws of the State of Texas.

7. Jurisdiction is invoked pursuant to the Texas Commission on Human Rights Act of 1983 ("TCHRA"), as amended, Texas Labor Code §21.001 *et. seq.*

8. The matter in controversy exceeds, exclusive of interest and costs, the minimum jurisdictional limits of this Court.

## STATEMENT OF FACTS

9. Franklin is female and African-American.

10. On September 9, 2017, Franklin was hired by Ranstad Technologies to work at American Standard's and Safety Tubs in an IT Support Position. Franklin worked twenty hours a week through the first week of October 2017, when she transitioned to full-time work.

11. Franklin was successful in performing her job duties for American Standard. Franklin's job duties included: managing equipment; preparing the Call Center for the new DFW location of Lixil Home Services; meeting with vendors to set up network infrastructure; setting up the network along with the Network Team from the corporate office; ordering the IT equipment for the new facility; acting as a project manager to facilitate the opening of the new location; supporting 100 remote users; and preparing devices for the new location, including printers.

12. In June 2018, another site was added called Bath Crest, and Franklin was responsible for setting up a network to accommodate this user.

13. Franklin did not have any job performance issues, and in addition to the day-to-day operations, and preparing for the opening of two new facilities, she also worked on at least eight other projects.

14. At American Standard, Franklin reported to Tarique Khan, Finance Director, in the event she needed to be absent for any reason. Otherwise, she reported to Steve Pudimont ("Pudimont"), the IT Director in New Jersey. Pudimont assisted with any network infrastructure issues. Franklin had weekly meetings with Khan and Pudimont.

15. In April 2018, the Call Center in DFW opened, and Franklin was splitting her time between there and the Grand Prairie location.

16. In late October 2108, the company hired a Human Resource Director, Theresa Martinez ("Martinez"), Hispanic.

17. In early March 2019, Franklin noted an issue with equipment that could not be accounted for in the new building. On March 8, 2019, Franklin met with Martinez to advise her what she had discussed with her supervisors to prevent further equipment from going missing. On April 9, 2019, Franklin had a further conversation with Pudimont about an ongoing issue with missing equipment.

18. From April 9, 2019 to April 15, 2019, Franklin had meetings relating to missing equipment, and Martinez made a statement to Franklin to the effect that if she did not work within the boundaries of the Call Center regarding the equipment, that it would ruin Franklin's chances of being hired by American Standard. Franklin was taken aback by this comment given that she had been working closely with supervisors to fix the problem.

19. Franklin reported the statement of Martinez to Rob Buete ("Buete"), Vice President for American Standard. Buete just told Franklin that Martinez did not mean what she said. After this report, Martinez starting micro-managing and closely scrutinizing Franklin's work.

20. In the later part of June 2019, an IT Support position with American Standard was posted, and Franklin applied. After applying, Franklin expressed concerns to Buete that because of how Martinez was unfairly treating her that she was concerned the interview process would not be fair. Franklin found out that she had been scheduled for an interview with Buete, but that Martinez failed to send Franklin the invite for the interview and she missed the interview. When confronted, Martinez stated that she forgot to send Franklin the invitation.

21. In late June, Martinez called Franklin and told her that American Standard had hired Joe Martinez, Hispanic, for the position. Theresa Martinez asked Franklin to stay until the middle of August 2019 to train him.

22. After finding out she did not receive the position, on June 28, 2019, Franklin filed a complaint with Ranstad USA, asserting that the hiring decision was discriminatory and retaliatory, and that she had greater experience and qualifications to do the job than the person hired. The complaint was filled with Willie Monterroso ("Monterroso"), Sr. Adviser-Employee Resources, for Ranstad US. Monterroso reported Franklin's complaint to American Standard and Franklin was interviewed concerning her complaint an attorney for American Standard and their Chief of Security.

23. On August 15, 2019, Franklin's contract with American Standard was terminated.

## TCHRA CLAIM

24. Franklin is female and African-American and she is a member of protected sex and race groups within the meaning of the TCHRA.

29. At all times material to this action, American Standard employed at least fifteen (15) employees and is an employer within the meaning of the TCHRA.

    A.    American Standard employs more than 100 employees;

      B.      American Standard employs more than 200 employees;

      C.      American Standard employs more than 500 employees.

30.   All conditions precedent to the filing of this suit have been met:

      A.      On or about October 7, 2019, Franklin timely filed a charge of discrimination, Charge No. 450-2019-05202, with the Texas Workforce Commission ("TWC") alleging sex, race, and retaliation discrimination;

      B.      More than 180 days and less than 2 years have passed since the filing of the charge of discrimination.

31. During her employment, Franklin opposed discriminatory and retaliatory conduct, including in how she was being treated by Martinez, and in not being selected for an IT Support position, that Franklin had a good faith belief was discriminatory and/or retaliatory.

32. Franklin alleges that American Standard, through its employees and agents, including but not limited to Martinez, engaged in a continuing pattern and course of discriminatory conduct against her because of sex, race, and/or in retaliation for her opposition to discriminatory employment practices in violation of the TCHRA, and specifically:

      A.      American Standard exhibited favor or preference for male and Hispanic employees, in the terms, conditions, privileges, and benefits of employment, including in not hiring her in May 2019 as IT Support for American Standard, and terminating her contract on August 15, 2019;

      B.      American Standard retaliated against Franklin for having opposed conduct which she had a good faith belief was discriminatory and/or retaliatory, by not hiring her in May 2019 as IT Support for American Standard and terminating her contract on August 15, 2019.

33. American Standard engaged in the conduct described above with malice or reckless indifference to the TCHRA employment rights of its employees including Franklin.

34. Franklin has no plain or adequate remedy at law to correct the wrongs complained and thus institutes this suit for declaratory and injunctive relief.  Further, Franklin is now suffering

and will continue to suffer irreparable injury from American Standard's willful policies, practices, customs and usages.

## **RELIEF REQUESTED**

35. Franklin requests that this Court grant her monetary relief over $200,000 but less than $1,000,000 as follows:

A.  A declaratory judgment, declaring American Standard's past practices herein complained of to be unlawful under the TCHRA;

B.  A permanent injunction, enjoining American Standard from continuing to discriminate against her on account of sex, race, and/or opposition to the discriminatory employment   practices of American Standard in violation of the TCHRA;

C.  Damages for the discriminatory treatment, including all back pay, front pay, reinstatement, retroactive seniority, promotions to which Franklin would otherwise have been entitled, and all other employee benefits including health, disability, pension and life insurance benefits to which Franklin would otherwise have been entitled and any other relief necessary to compensate her under the TCHRA;

D.  Compensatory and punitive damages for the violation of rights under the TCHRA in the maximum amount prescribed by law;

E.  Implementation of a clear and effective grievance procedure for employment discrimination complaints with an effective non-retaliation provision;

F.  Attorney fees necessary for the prosecution of the TCHRA claims;

G.  Costs in this action, including expert witness fees;

H.  Pre-judgment interest at the legally prescribed rate from the date of the violations until judgment as well as post-judgment interest as applicable;

I.  Such other general relief to which Franklin is justly entitled.

## **JURY DEMAND**

35. Franklin demands a jury on all TCHRA claims and  specifically, the ultimate issues of fact as to the merits of the dispute, backpay, frontpay, employee benefits, and compensatory and punitive damages, excepting the attorneys' fees issues.

Respectfully Submitted,


/s/ Jane Legler
Jane Legler
Texas Bar No. 03565820
Christine Neill
Texas Bar No. 00796793
Kyla Gail Cole
Texas Bar No. 24033113

Neill Legler Cole PLLC
3141d Street, Ste. 200
Dallas, Texas 75219
(214) 748-7777
(214) 748-7778 (facsimiles)
christine@nlcemployeelaw.com
jane@nlcemployeelaw.com
kyla@nlcemployeelaw.com

Attorneys for Plaintiff

Exhibit E/2

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

**To:**   **AS AMERICA INC. d/b/a AMERICAN STANDARD**
**BY SERVING ITS REGISTERED AGENT CORPORATION TRUST COMPANY**
**1999 BRYAN STE  900**
**DALLAS TX  75216-3136**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of
twenty days after you were served this citation and  petition, a default judgment may be taken against you. In addition
to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this
suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find
out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **68th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JACQUELINE FRANKLIN**

Filed in said Court  **16th day of February, 2021** against

**AS AMERICA INC. d/b/a AMERICAN STANDARD**

For Suit, said suit being numbered **DC-21-02065,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is
not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of February, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____ , Deputy
       CARLENIA BOULIGNY

---

**ESERVE**

**CITATION**

**DC-21-02065**

**JACQUELINE FRANKLIN**
**vs.**
**AS AMERICA INC.**

**ISSUED THIS**
**18th day of February, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**JANE LEGLER**
NEILL LEGLER COLE PLLC
3141 HOOD STREET SUITE 310
DALLAS TX  75219
214-748-7777
jane@nlcemployeelaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-21-02065

Court No.68th District Court

Style: JACQUELINE FRANKLIN

 vs.

AS AMERICA INC.,

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of _____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of _____ County, _____ | |
| For Notary | $_____ | By _____ Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

Exhibit E/3

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: DC-21-02065 _____ COURT *(FOR CLERK USE ONLY)*: _____

STYLED: JACQUELINE FRANKLIN V. AS AMERICA, INC, D/B/A AMERICAN STANDARD
_____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** JANE LEGLER | **Email:** JANE@NILCEMPLOYEELAW.COM | Plaintiff(s)/Petitioner(s): JACQUELINE FRANKLIN | ☑ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| **Address:** 3141 HOOD STREET, SUITE 200 | **Telephone:** 214-748-7777 | | Additional Parties in Child Support Case: |
| **City/State/Zip:** DALLAS, TEXAS 75219 | **Fax:** 214-748-7778 | Defendant(s)/Respondent(s): AS AMERICA, INC. D/B/A AMERICAN STANDARD | Custodial Parent: |
| **Signature:** *Jane Legler (W/P BUS)* | **State Bar No:** 03555820 | | Non-Custodial Parent: |
| | | [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |

| **Employment** | **Other Civil** | |
|---|---|---|
| ☑ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☑ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case)*:
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☑ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

Exhibit E/4

68TH DISTRICT COURT
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET, SUITE 510-B
DALLAS, TEXAS 75202-4630
214-653-6510

March 04, 2021

JANE LEGLER BYRNE
NEILL & BYRNE PLLC
3141 HOOD STREET SUITE 310
DALLAS TX  75219

Re:   DC-21-02065,      JACQUELINE FRANKLIN  vs.  AS AMERICA INC.,

**NOTICE OF INTENT TO DISMISS**

Please take notice that, pursuant to Rule 165A of the Texas Rule of Civil Procedure and the Court's inherent power, the Court intends to dismiss the above captioned action for want of prosecution for one or more of the following reasons:

(X)   Plaintiff has yet to obtain service on one or more defendants.  (OR)

(X)   Plaintiff has yet to file a motion for default judgment against one or more defendants, though defendant was served and time to answer has expired.

()   Plaintiff's motion for default judgment was denied.

()   Failure to attend scheduling conference or provide an agreed scheduling order prior to scheduling conference date.

()   Parties have yet to provide a judgment following verdict at trial.

()   Parties have yet to provide a judgment/dismissal following announcement of settlement.

()   Other reasons reflected in the file.

Hearing is set for **05/24/2021 @ 9:00 A.M.**  If you wish to retain the case on the docket, you **must appear at the hearing, or contact the Coordinator in a reasonable amount of time prior to the hearing** to request an extension.  Failure to appear and show good cause why this case should not be continued on the court's docket will result in dismissal.

Sincerely,
Martin J. Hoffman
District Judge
68th District Court
Dallas County, Texas

Exhibit E/5

68TH DISTRICT COURT
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET, SUITE 510-B
DALLAS, TEXAS 75202-4630
214-653-6510

March 04, 2021

AS AMERICA INC.,
SERVING REG AGENT CORPORATION TRUST COMPANY
1999 BRYAN STE  900
DALLAS TX  75216-3136

Re:    DC-21-02065,        JACQUELINE FRANKLIN  vs.  AS AMERICA INC.,

**NOTICE OF INTENT TO DISMISS**

Please take notice that, pursuant to Rule 165A of the Texas Rule of Civil Procedure and the Court's inherent power, the Court intends to dismiss the above captioned action for want of prosecution for one or more of the following reasons:

() Plaintiff has yet to obtain service on one or more defendants.

() Plaintiff has yet to file a motion for default judgment against one or more defendants, though defendant was served and time to answer has expired.

() Plaintiff's motion for default judgment was denied.

() Failure to attend scheduling conference or provide an agreed scheduling order prior to scheduling conference date.

() Parties have yet to provide a judgment following verdict at trial.

() Parties have yet to provide a judgment/dismissal following announcement of settlement.

() Other reasons reflected in the file.

Hearing is set for **05/24/2021 @ 9:00 A.M.**  If you wish to retain the case on the docket, you **must appear at the hearing, or contact the Coordinator in a reasonable amount of time prior to the hearing** to request an extension.  Failure to appear and show good cause why this case should not be continued on the court's docket will result in dismissal.

Sincerely,
Martin J. Hoffman
District Judge
68th District Court
Dallas County, Texas

Exhibit E/6

FILED
3/8/2021 12:00 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Deondria Grant DEPUTY

## CAUSE NO. <u>DC-21-02065</u>

| | | |
|---|---|---|
| JACQUELINE FRANKLIN, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| vs. | § | **68TH JUDICIAL DISTRICT** |
| | § | |
| AS AMERICA, INC. d/b/a AMERICAN | § | |
| STANDARD, | § | |
| **Defendant(s).** | § | **DALLAS COUNTY, TEXAS** |

## RETURN OF SERVICE

Came to my hand on **Friday, March 5, 2021 at 9:05 AM,**
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
within the county of **DALLAS at 9:13 AM, on Friday, March 5, 2021,**
by delivering to the within named:

### AS AMERICA INC. D/B/A AMERICAN STANDARD

By delivering to its **Registered Agent, CORPORATION TRUST COMPANY**
By delivering to **Authorized Agent, LINDSEY BARRIENTEZ**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

My name is Tracy Edwards, my date of birth is September 15, 1963 and my address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on Friday, March 5, 2021

By: _____

**Tracy Edwards - PSC 1872 - Exp 03/31/22**
**served@specialdelivery.com**

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   **AS AMERICA INC. d/b/a AMERICAN STANDARD**
**BY SERVING ITS REGISTERED AGENT CORPORATION TRUST COMPANY**
**1999 BRYAN STE 900**
**DALLAS TX 75216-3136**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition
to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this
suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find
out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JACQUELINE FRANKLIN**

Filed in said Court **16th day of February, 2021** against

**AS AMERICA INC. d/b/a AMERICAN STANDARD**

For Suit, said suit being numbered **DC-21-02065,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is
not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of February, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____ , Deputy
   CARLENIA BOULIGNY



---

**ESERVE**

**CITATION**

DC-21-02065

**JACQUELINE FRANKLIN**
vs.
**AS AMERICA INC.**

ISSUED THIS
18th day of February, 2021

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**JANE LEGLER**
NEILL LEGLER COLE PLLC
3141 HOOD STREET SUITE 310
DALLAS TX 75219
214-748-7777
jane@nlcemployeelaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Case No. : DC-21-02065

Court No.68th District Court

Style: JACQUELINE FRANKLIN

vs.

AS AMERICA INC.,

Came to hand on the _____ day of _____ , 20 _____ , at _____ o'clock _____ .M. Executed at _____ ,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____ ,

20 _____ , by delivering to the within named _____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|  | For serving Citation | $_____ | _____ |
|---|---|---|---|
|  | For mileage | $_____ | of _____ County, _____ |
|  | For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 _____ ,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____



RETURN / AFFIDAVIT PROOF / ATTACHED